AO-91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Hugo GARCIA Jr.
YOB: 1983
U.S. Citizen

United States District Court
Southern District of Texas
FILED
APR 1 2 2016
, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-16-0665-M

I, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __April 11, 2016__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly conceal more than $10,000 in currency and transfer said currency from a place within the U.S. to a place outside the U.S. to avoid currency reporting requirements

in violation of Title __31__ United States Code, Section(s) __5332__.

I further state that I am a(n) __Special Agent__ And that this complaint is based on the following facts:
Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Jean-Paul Reneau, HSI Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

Date: 4/12/2016   At   McAllen, Texas
                       City and State

U.S. Magistrate Judge Dorina Ramos
Name and Title of Judicial Officer

Signature of Judicial Officer

Attachment "A"

On April 11, 2016 at approximately 18:25, members of the United States Customs and Border Protection (CBP) Officers stopped a silver sport utility vehicle (SUV) attempting to exit the United States and travel into Mexico through the Hidalgo Port of Entry (POE). The driver and sole occupant of the vehicle was identified as Hugo GARCIA Jr. Upon questioning, GARCIA Jr claimed that he was traveling from Roma, Texas to Reynosa, Mexico to purchase medication. GARCIA Jr claimed ownership of the vehicle and provided CBP Officers with a negative oral declaration that he possessed any U.S. currency in excess of $10,000. GARCIA Jr declared only $100 dollars that was found on his person.

CBP officers further questioned GARCIA Jr regarding why he decided to travel from Roma, Texas all the way to Hidalgo County to cross into Mexico, at which point GARCIA Jr claimed that he also had a residence in McAllen, Texas and decided to cross closer to McAllen, Texas. CBP Officers observed GARCIA Jr was being nervous and changed his itinerary and decided to conduct a further inspection of his vehicle.

CBP Officers conducted a visual inspection of the vehicle. During the inspection, CBP officers opened the rear door of the vehicle where they observed a grey bundle, sealed in a clear bag protruding from the rear driver's side quarter panel. A further inspection of the area resulted in the discovery of four (4) bundles of U.S. Currency. The U.S. Currency was counted and found to be approximately $150,100.

HSI special agents arrived at the Hidalgo Port of Entry (POE) and read GARCIA Jr his Miranda Rights in English. GARCIA Jr stated that he understood his rights and would not make any statements without an attorney present.

Records checks revealed that the vehicle utilized by GARCIA Jr was registered to another individual not present at the Hidalgo, POE on April 11, 2016. Records queries also revealed that the vehicle had been utilized by other individuals to cross through the POE on numerous occasions, but not with GARCIA Jr driving.

GARCIA Jr was found to have crossed through various POE's on numerous occasions as well.